IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JOE H. GREELEY, JR., | ) CIVIL ACTION NO.: 3:18-CV-00614 |
| Plaintiff, | ) |
| vs. | ) JUDGE TERRY A. DOUGHTY |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) MAG. JUDGE KAREN L. HAYES |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

**COMES NOW** Plaintiff JOE H. GREELEY, JR., for himself, his heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys ("Plaintiff") and hereby moves, pursuant to a compromise reached between all parties, for the dismissal with prejudice of all claims of Plaintiff against The Lincoln National Life Insurance Company. Plaintiff agrees to bear his own costs, attorneys' fees, and expenses.

Dated this ___ day of July, 2018.

*s/G. Gregory Green*
G. Gregory Green
409 Bres Avenue
Monroe, Louisiana 71201
318.322.4477
318.322.4478 (fax)
lawofficegggreen@aol.com

*Counsel for Plaintiff*