UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOE H. GREELEY, JR. | CIVIL ACTION NO. 18-0614 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LINCOLN NATIONAL LIFE INSURANCE CO. | MAGISTRATE JUDGE HAYES |

**J U D G M E N T**

Upon consideration,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Dismiss with Prejudice [Doc. No. 3] is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with Plaintiff to bear his own costs, attorney's fees, and expenses.

MONROE, LOUISIANA, this 31st day of July, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE